Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:  ANTHONY LEMONS

Misc. No.  07-171

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** ANTHONY LEMONS whose address is 1320 Congress St. S.E., Washington, D.C.  APT 1

and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

**OR**

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[✓] You are further commanded to detain ANTHONY LEMONS in your custody until he/she is discharged by the Court.

**OR**

[ ] You are hereby commanded to bring said person forthwith to Courtroom _____ United States District Court for the District of Columbia.

Upon order of the Honorable RICHARD ROBERTS, United States District Judge

this 30TH day of April, 2007.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the 3RD day of May, 20 07 and executed same.

By: _____